# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) Case number 4:06cv0620 TCM |
| ALAN BLAKE and JANINE SEMAR, | ) |
| Defendants. | ) |

## ORDER

This 42 U.S.C. § 1983 action is before the Court on the Federal Rule of Civil Procedure 60(b) motion of plaintiff, William G. Carter, for reconsideration of the order granting defendants Alan Blake and Janine Semar summary judgment. Having reviewed the file, including this Court's orders denying Plaintiff appointment of counsel and the summary judgment order, and finding no cause for granting the pending motion,

**IT IS HEREBY ORDERED** that the Plaintiff's motion for reconsideration is **DENIED**. [Doc. 40]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of May, 2007.